**EXHIBIT B**

**SUMMONS**



|  |  |
|---|---|
| **TO:** Barbara Montague<br>Thor Industries, Inc.<br>601 E Beardsley Ave<br>Elkhart, IN 46514-3305 | **Service of Process**<br>**Transmittal**<br>05/22/2015<br>CT Log Number 527167650 |

**RE:** Process Served in Indiana

**FOR:** DS Corp (Domestic State: IN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Jeffory Dwayne Howard and Lesa Hope Howard, Petitioners vs. DS Corp., etc., Dft. *Name discrepancy noted.* |
| DOCUMENT(S) SERVED: | Petition, Original Notice, Attachment |
| COURT/AGENCY: | Warren County District Court, IN<br>Case # LACV035876 |
| NATURE OF ACTION: | Product Liability Litigation - Breach of Warranty - CrossRoads RV |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Indianapolis, IN |
| DATE AND HOUR OF SERVICE: | By Process Server on 05/22/2015 at 12:57 |
| JURISDICTION SERVED: | Indiana |
| APPEARANCE OR ANSWER DUE: | Within 60 days following the filing of this notice |
| ATTORNEY(S) / SENDER(S): | Philip S. Bubb<br>Fredrikson & Byron, P.A.<br>309 East 5th Street<br>Suite 202A<br>Des Moines, IA 50309<br>515-242-8900 |
| REMARKS: | The documents received have been modified to reflect the name of the entity being served. |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex 2 Day, 780701721845<br>Email Notification, Barbara Montague bmontague@thorindustries.com |
| SIGNED:<br>ADDRESS:<br><br><br>TELEPHONE: | C T Corporation System<br>150 West Market Street<br>Suite 800<br>Indianapolis, IN 46204<br>225-922-4490 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

IN THE IOWA DISTRICT COURT IN AND FOR WARREN COUNTY

| | |
|---|---|
| JEFFORY DWAYNE HOWARD and LESA HOPE HOWARD,<br><br>Petitioners,<br><br>v.<br><br>DS CORP., an Indiana Corporation, dba CROSSROADS RV,<br><br>Defendant. | Case No. _____<br><br><br>ORIGINAL NOTICE |

TO THE ABOVE-NAMED DEFENDANT(S):

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendant in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The name and address of the attorney for the plaintiff(s) is Philip S. Bubb, Fredrikson & Byron P.A., 309 East Fifth Street, Suite 202A, Des Moines, Iowa, 50309. The attorney's phone number is (515) 242-8900; facsimile number: (515) 242-8950.

You must serve a motion or answer within 60 days following the filing of this notice with the secretary of state of the State of Iowa, and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Warren County, at the county courthouse in Indianola, Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 382-7204. Persons who are hearing or speech impaired may call Relay Iowa TTY (1-800-735-2942).

(SEAL)

                                                                     CLERK OF COURT
                                                                     Warren County, Iowa

**IMPORTANT:** YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS

# STATE OF IOWA JUDICIARY

Case No. LACV035876
County Warren

Case Title JEFFORY & LESA HOWARD VS DS CORP

THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:
http://www.iowacourts.state.ia.us/Efile

FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16: http://www.iowacourts.state.ia.us/Efile

Scheduled Hearing:

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 286-3394 . (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.)

Date Issued 05/19/2015 11:25:54 AM



District Clerk of Warren          County
/s/ Connie Kalbus