# EXHIBIT C

# AFFIDAVIT SUPPORTING ENTRY OF DEFAULT JUDGMENT

# IN THE IOWA DISTRICT COURT IN AND FOR WARREN COUNTY

| | |
|---|---|
| JEFFORY DWAYNE HOWARD and LESA HOPE HOWARD, | Court File No. LACV035876 |
| Petitioners, | |
| v. | |
| DS CORP., an Indiana Corporation, dba CROSSROADS RV, | **AFFIDAVIT SUPPORTING ENTRY OF DEFAULT JUDGMENT** |
| Defendant. | |

1. This Affidavit is provided in support of Petitioners' Request for Entry of Default Judgment against the Defendant, DS Corp.

2. Defendant justly owes Petitioners the principal amount of $92,917.96. Petitioners have also paid $235.00 in costs related to this action.

Signed this 26th day of June, 2015.

_____
Lesa Hope Howard

Subscribed and sworn to before me
This 26th day of June, 2015.

_____
Notary Public

MICHAEL L. GORDEN
Commission Number 702743
My Commission Expires
April 14, 2018