UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

MARJORIE E. KRAHN
CLERK OF COURT

COUNCIL BLUFFS
DAVENPORT
DES MOINES

Counsel:

This packet addresses Disclosure Statements that must be filed in civil cases as per Local Rule 7.1

Pursuant to Local Rule 7.1, a **nongovernmental Plaintiff** that is not a natural citizen must file a Disclosure Statement within 21 days of the filing of the Complaint. Plaintiff must attach a copy of the Rule and the Disclosure Form to each service copy of the Summons and Complaint. Once Plaintiff files the "Summons Returned Executed" event, the deadline for Defendant(s)' Disclosure Statement will be set.

Pursuant to Local Rule 7.1, within 30 days of service of a Civil Complaint, a **nongovernmental Defendant** that is not a natural person must file a Disclosure Statement.

Please refer to LR 7.1(c) and (d) to further review the requirements of Disclosure Statements.

The relevant forms are included in this packet.

## LR 7.1  DISCLOSURE STATEMENT

  **a.**  **Plaintiff's Disclosure Statement.**  Within 21 days after a civil complaint is filed, each nongovernmental plaintiff that is not a natural person must file with the Clerk of Court a statement containing the following:

    **1.**  The names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the plaintiff's outcome in the case; and

    **2.**  With respect to each such entity, a description of its connection to or interest in the litigation.

  **b.**  **Defendant's Disclosure Statement.**  Within 30 days after service of a civil complaint on a nongovernmental defendant that is not a natural person, such defendant must file with the Clerk of Court a statement containing the following:

    **1.**  The names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the defendant's outcome in the case; and

    **2.**  With respect to each such entity, a description of its connection to or interest in the litigation.

  **c.**  **Disclosure Statement Forms.**  A disclosure statement must be filed on the form attached to these rules as appendix A.  The form also is available from the Clerk of Court, and may be found on the court's website at the web address given in Local Rule 1.i.  The disclosure statement form is designed to enable the involved federal judges to evaluate possible bases for disqualification or recusal.

  **d.**  **Conflicts List.**  After entering an appearance in a pending civil case, the lawyers for the parties must determine promptly if the presiding judge has filed a conflicts list with the Clerk of Court by doing one of the following:

    **1.**  Inspecting the court's website at the web address given in Local Rule 1.i; or

    **2.**  Inquiring of the Clerk of Court of the district.

If a conflicts list for the presiding judge has been filed with the Clerk of Court, the lawyer must review the list and notify the Clerk of Court immediately if it appears the presiding judge may have a conflict with any association, firm, partnership, corporation, or other artificial entity either related to any party or having a pecuniary interest in the case.

**e.     Notification by Clerk of Court.** After a civil case is filed, the Clerk of Court will provide the plaintiff with a copy of this rule and a disclosure statement form. The plaintiff must attach a copy of the rule and the form to each service copy of the summons and complaint.

Any failure of the Clerk of Court or the plaintiff to provide a party with a copy of this rule or the form does not excuse the party from compliance with the rule.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

|                        |   |                                         |
|------------------------|---|-----------------------------------------|
|                        | ) |                                         |
|                        | ) | Case Number:                            |
|                        | ) |                                         |
| Plaintiff(s)           | ) |                                         |
| vs.                    | ) | Corporate Disclosure/ Statement of Interest |
|                        | ) |                                         |
|                        | ) |                                         |
|                        | ) |                                         |
| Defendant(s).          | ) |                                         |

As required by LR 7.1 and LR 81.c, ,d, and .e, _____ in this case, provides the following information to the court:

(a) The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the _____ as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the _____ outcome in the case:

(b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:

Date: _____          _____
                                       _____
                                       _____
                                       _____aaaaaaaaaa_____
                                       _____
                                       _____